UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,

                         Plaintiff,                         Index No.: 10-cv-4341
                                                                              (ILG) (RML)
-against-

HOLLIS MEDICAL CARE P.C., PRASAD CHALASANI,
M.D., ELIZABETH GOLDSTEIN, M.D.,
DAVID HSU, M.D., SIMON DAVYDOV,
MIKHAIL DAVYDOV, RUBEN DAVYDOV,
EMANUEL DAVID, BERTA NEKTALOV, and
SOPHIA DAVID,

                         Defendants.
-----------------------------------------------------------------------

      Upon the Memorandum of Law submitted herewith, and the prior pleadings and proceedings in this action, defendants SIMON DAVYDOV, MIKHAIL DAVYDOV, RUBEN DAVYDOV, EMANUEL DAVID, BERTA NEKTALOV, and SOPHIA DAVID, will move the Court, at a time and place to be determined by the Court, for an order dismissing the Complaint, or certain causes of action contained therein, or portions thereof, pursuant to Fed. R. Civ. P. 8(a), for failure to state a claim showing that the pleader is entitled to relief, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim for which relief can be granted, for failure to allege fraud with particularity pursuant to Fed. R. Civ. P. 9(b), and for various and sundry other reasons further delineated in defendants' memorandum of law submitted herewith.

Dated: Garden City, New York
         December 3, 2010                    QUADRINO SCHWARTZ

                                       By:   _____
                                               Harold J. Levy
                                               *Attorneys for Defendants*
                                               SIMON DAVYDOV, MIKHAIL DAVYDOV, RUBEN
                                               DAVYDOV, EMANUEL DAVID, BERTA NEKTALOV,
                                               and SOPHIA DAVID,
                                               666 Old Country Road, Suite 900
                                               Garden City, New York 11530
                                               (516) 745-1122
                                               hjl@quadrinoschwartz.com