## QUADRINO SCHWARTZ

666 Old Country Road | 9th Floor | Garden City, NY 11530
Phone: 516.745.1122 | Fax: 516.745.0844

The Woolworth Building | 233 Broadway | 5th Floor | New York, NY 10279
Phone: 212.608.5445

www.quadrinoschwartz.com

Attorneys At Law

Richard J. Quadrino | Evan S. Schwartz | Bruce A. Barket | William J. O'Mahony*
Harold J. Levy◊** | Michail Z. Hack◊** | Brad A. Schlossberg◊
Nathaniel E. Burney*** | Scott M. Harrigan◊ | Barbara A. Cannova◊

◊ Counsel  *Admitted in NY, NJ and Indiana  **Admitted in NY and NJ  ***Admitted in NY and District of Columbia

Reply To:
Garden City Office

March 31, 2011

RECEIVED
4/1/11
Chambers of
Leo Glasser
U.S.D.J.

**via FEDERAL EXPRESS**

Hon. I. Leo Glasser, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Government Employees Insurance Co., et al. v. Hollis Medical Care, et al.
Civil Case No. 10-cv-4341 (ILG) (RML)

Dear Judge Glasser:

On March 18, 2011, Your Honor held an *in camera* conference concerning the Reply Brief filed by Defendants Emanuel David, Sopha David, Mikhail Davydov, Ruben Davydov, Simon Davydov, and Berta Netkalov (Document No. 36). At the conclusion of the conference, Your Honor facilitated a meeting between counsel and the Clerk's Office concerning the removal of Document No. 36 from the docket.

As the Clerk's Office advised that Document No. 36 would be removed from the docket upon receipt of an Order from Your Honor, we respectfully request that Your Honor enter the attached Order, or any similar Order that Your Honor deems appropriate, for the reasons discussed at the March 18, 2011 conference.

Thank you for your courtesy in considering this request.

Respectfully submitted,

QUADRINO & SCHWARTZ, P.C.

By: _____
William J. O'Mahony

WJO:dg
encl.

cc: Barry Levy (via email)
Maria Diglio (via email)
Steven Harfenist (via email)