Case 1:10-cv-04341-ILG-RML Document 125 Filed 05/03/12 Page 1 of 1 PageID #: 2014
04/30/2012 MON 16:25 FAX 7182684502
Case 1:10-cv-04341-ILG-RML Document 124 Filed 05/01/12 Page 2 of 2 PageID #: 2013

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 03 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,
et al.,

Docket No.: CV 10-4341 (ILG) (RML)

Plaintiff,

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

-against-

HOLLIS MEDICAL CARE, P.C., et al.
Defendants.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all of the parties in the above-captioned matter, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, the above-entitled proceeding be, and the same hereby is, discontinued, with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court. This Stipulation may be signed in counterparts, and facsimile or PDF signatures shall be treated as originals.

Dated: April 18, 2012

RIVKIN RADLER LLP
Attorneys for Plaintiffs, GEICO

By: /s/
Michael A. Sirignano, Esq.
Frank P. Tiscione, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

PETER M. ZIRBES & ASSOCIATES, P.C.
Attorneys for Defendants Simon Davydov,
Mikhail Davydov, Ruben Davydov, Emanuel
David, Berta Nektalov and Sophia David

By: /s/
Peter M. Zirbes, Esq.
108-18 Queens Boulevard, Suite 605
Forest Hills, New York 11375
(718) 268-8800

2606470 v1

So Ordered

s/ILG

USDJ      5/3/12